| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:
☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy      12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| **Part 1:** | **Identify Yourself** |
|---|---|

|   | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **MARIA** <br> First name <br><br> **S.** <br> Middle name <br><br> **RODRIGUEZ** <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br> Middle name <br><br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-2337** | |

Official Form 101      **Voluntary Petition for Individuals Filing for Bankruptcy**      page 1

Debtor 1  **MARIA S. RODRIGUEZ**  Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs |
| **5. Where you live** | **917 WALNUT DR.**<br>**Darien, IL 60561**<br>Number, Street, City, State & ZIP Code<br><br>**DuPage**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1   **MARIA S. RODRIGUEZ**                                                   Case number *(if known)*

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | Relationship to you |
|---|---|
| District _____ When _____ | Case number, if known |
| Debtor | Relationship to you |
| District _____ When _____ | Case number, if known |

**11. Do you rent your residence?**

■ No.   Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

  ☐ No. Go to line 12.
  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

☒ No.   Go to Part 4.

☐ Yes.   Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

☒ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.

☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____
Number, Street, City, State & Zip Code

Debtor 1  **MARIA S. RODRIGUEZ**                                         Case number *(if known)*

**Part 5:**  **Explain Your Efforts to Receive a Briefing About Credit Counseling**

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.** I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.** I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ MARIA S. RODRIGUEZ**
_____       _____
**MARIA S. RODRIGUEZ**                   Signature of Debtor 2
Signature of Debtor 1

Executed on   **April  7, 2016**          Executed on  _____
              MM / DD / YYYY                           MM / DD / YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Richard L. Hirsh**    Date  **April  7, 2016**
Signature of Attorney for Debtor    MM / DD / YYYY

**Richard L. Hirsh**
Printed name

**Richard L. Hirsh, P.C.**
Firm name

**1500 Eisenhower Lane**
**Suite 800**
**Lisle, IL 60532-2135**
Number, Street, City, State & ZIP Code

Contact phone  **630 434-2600**    Email address  **richala@sbcglobal.net**

**1225936**
Bar number & State

**Fill in this information to identify your case:**

Debtor 1: **MARIA S. RODRIGUEZ**
First Name    Middle Name    Last Name

Debtor 2 (Spouse if, filing):
First Name    Middle Name    Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known):

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
**CHICAGO TITLE LAND TRUST COMPANY**
**10 S LASALLE STREET**
**SUITE 2750**
**Chicago, IL 60602**

Contact
Contact phone

What is the nature of the claim? **LAND TRUSTEE SERVICES**    $ **$825.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $
    Value of security:    - $
    Unsecured claim    $

**2**
**CITY OF BERWYN**
**6700 W. 26TH ST**
**Berwyn, IL 60402-0701**

Contact

What is the nature of the claim? **SERVICE FOR 7142 RIVERSIDE BERWYN**    $ **$205.48**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $

Debtor 1  **MARIA S. RODRIGUEZ**                               Case number *(if known)*

|  |  |
|---|---|
| Contact phone | Value of security: - $ <br> Unsecured claim   $ |

---

**3**

**CITY OF BERWYN**
**6700 W. 26TH ST**
**Berwyn, IL 60402-0701**

**What is the nature of the claim?**   **SERVICE FOR 6743 31ST ST, BERWYN IL**   $ **$150.31**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $
Value of security:   - $
Unsecured claim   $

Contact
Contact phone

---

**4**

**Medicredit Inc.**
**Po Box 1629**
**Maryland Heights, MO 63043**

**What is the nature of the claim?**   **Collection Attorney Loyola University Health Syste**   $ **$210.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $
Value of security:   - $
Unsecured claim   $

Contact
Contact phone

---

**5**

**Medicredit Inc.**
**Po Box 1629**
**Maryland Heights, MO 63043**

**What is the nature of the claim?**   **Collection Attorney Loyola University Health Syste**   $ **$299.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $
Value of security:   - $
Unsecured claim   $

Contact
Contact phone

---

**6**

**What is the nature of the claim?**   **Collection Attorney Dupage Medical Group**   $ **$300.00**

Debtor 1   **MARIA S. RODRIGUEZ**                                    Case number *(if known)*

**Merchants Credit**
**223 W Jackson Blvd**
**Ste 700**
**Chicago, IL 60606**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____
Contact phone _____

---

**7**

**Merchants Credit**
**223 W Jackson Blvd**
**Ste 700**
**Chicago, IL 60606**

**What is the nature of the claim?**   **Collection Attorney Dupage Medical Group**    $ **$261.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____
Contact phone _____

---

**8**

**Merchants Credit**
**223 W Jackson Blvd**
**Ste 700**
**Chicago, IL 60606**

**What is the nature of the claim?**   **Collection Attorney Dupage Medical Group**    $ **$213.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____
Contact phone _____

---

**9**

**Merchants Credit**
**223 W Jackson Blvd**
**Ste 700**
**Chicago, IL 60606**

**What is the nature of the claim?**   **Collection Attorney Dupage Medical Group**    $ **$152.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- None of the above apply

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **MARIA S. RODRIGUEZ**                             Case number *(if known)*

■

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $
Value of security:   - $
Unsecured claim   $

Contact
Contact phone

---

**10**

**Merchants Credit**
**223 W Jackson Blvd**
**Ste 700**
**Chicago, IL 60606**

**What is the nature of the claim?**   **Collection Attorney Dupage Medical Group**   $ **$660.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $
Value of security:   - $
Unsecured claim   $

Contact
Contact phone

---

**11**

**Merchants Credit**
**223 W Jackson Blvd**
**Ste 700**
**Chicago, IL 60606**

**What is the nature of the claim?**   **Collection Attorney Dupage Medical Group**   $ **$569.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $
Value of security:   - $
Unsecured claim   $

Contact
Contact phone

---

**12**

**NICOR**
**PO BOX 5407**
**Carol Stream, IL 60197-5407**

**What is the nature of the claim?**   **SERVICE FOR 7142-44 RIVERSIDE DR., BERWYN IL**   $ **$596.37**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $

Contact

---

B 104 (Official Form 104)       For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims       Page 4

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1    **MARIA S. RODRIGUEZ**                                Case number *(if known)*

|  |  |
|---|---|
| Value of security: | - $ |
| Unsecured claim | $ |

Contact phone

---

**13**

**NICOR**
**PO BOX 5407**
**Carol Stream, IL 60197-5407**

Contact

Contact phone

**What is the nature of the claim?**  **8743 31ST ST BERWYN IOL**    $ **$489.74**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $
    Value of security:    - $
    Unsecured claim    $

---

**14**

**NICOR**
**PO BOX 5401**
**Carol Stream, IL 60197-5407**

Contact

Contact phone

**What is the nature of the claim?**  **SERVICE FOR 5758 W. 35TH ST CICERO IL**    $ **$1,270.42**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $
    Value of security:    - $
    Unsecured claim    $

---

**15**

**NICOR**
**PO BOX 5407**
**CAROL STREAM, IL 60197-5407**

Contact

Contact phone

**What is the nature of the claim?**  **SERVICE FOR 1853 S 61ST ST, CICERO IL**    $ **$933.25**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $
    Value of security:    - $
    Unsecured claim    $

---

**16**

**NICOR**
**PO BOX 5407**

**What is the nature of the claim?**  **SERVICE FOR 1924 S. 61ST ST APT 1F CICERO IL**    $ **$441.96**

---

Debtor 1    **MARIA S. RODRIGUEZ**                             Case number *(if known)*

**Carol Stream, IL 60197-5407**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact

Contact phone

---

**17**

**Northwestern Memorial Hospital Business Office and Cashier
251 E. Huron
Chicago, IL 60611**

**What is the nature of the claim?**   health services   $ **$400.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact

Contact phone

---

**18**

**State Farm Insuarance
PO Box 44110
Jacksonville, FL 32231-4110**

**What is the nature of the claim?**   insurance premium 6 mos. for 5758 W> 35th St., cicero, IL   $ **$2,105.46**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact

Contact phone

---

**19**

**State Farm Insuarance
PO Box 44110
Jacksonville, FL 32231-4110**

**What is the nature of the claim?**   insurance policy for debtor residence; 6 mos. premium   $ **$652.50**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **MARIA S. RODRIGUEZ**                              Case number *(if known)*

|  | ■ | No |  |
|---|---|---|---|
| Contact | ☐ | Yes. Total claim (secured and unsecured) | $ |
|  |  | Value of security: | - $ |
| Contact phone |  | Unsecured claim | $ |

**20**

**Von Maur**
**Attn: Credit Dept**
**6565 Brady St.**
**Davenport, IA 52806**

**What is the nature of the claim?**   **Credit card purchases plus accrued interest**   $ **$655.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

|  | ■ | No |  |
|---|---|---|---|
| Contact | ☐ | Yes. Total claim (secured and unsecured) | $ |
|  |  | Value of security: | - $ |
| Contact phone |  | Unsecured claim | $ |

Part 2:   **Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X   **/s/ MARIA S. RODRIGUEZ**                                  X   _____
     **MARIA S. RODRIGUEZ**                                             Signature of Debtor 2
     Signature of Debtor 1

Date   **April  7, 2016**                                              Date

| | | |
|---|---|---|
| A/r Concepts<br>18-3 E Dundee Rd<br>Barrington, IL 60010 | COM ED<br>PO BOX 6111<br>Carol Stream, IL 60197-6110 | DuPage Medical Group<br>1100 W. 31st St., Suite 300<br>Downers Grove, IL 60515 |
| Anesthesiologists, Ltd.<br>185 Penny Avenue<br>East Dundee, IL 60118 | COM ED<br>PO BOX 6111<br>Carol Stream, IL 60197-6111 | DuPage Medical Group<br>1100 W. 31st St., Suite 300<br>Downers Grove, IL 60515 |
| Bank Of America<br>Nc4-102-03-14<br>Po Box 26012<br>Greensboro, NC 27410 | Com Ed -- Exelon Corporation<br>10 S. Dearborn -- Attn Legal Dept.<br>PO Box 805398<br>Chicago, IL 60680-5398 | DuPage Medical Group<br>1100 W. 31st St., Suite 300<br>Downers Grove, IL 60515 |
| Bank Of America<br>Nc4-105-03-14<br>Po Box 26012<br>Greensboro, NC 27410 | Com Ed -- Exelon Corporation<br>10 S. Dearborn -- Attn Legal Dept.<br>PO Box 805398<br>Chicago, IL 60680-5398 | DuPage Medical Group<br>1100 W. 31st St., Suite 300<br>Downers Grove, IL 60515 |
| Bank Of America<br>4909 Savarese Cir<br>Tampa, FL 33634 | Com Ed -- Exelon Corporation<br>10 S. Dearborn -- Attn Legal Dept.<br>PO Box 805398<br>Chicago, IL 60680-5398 | DuPage Medical Group<br>1100 W. 31st St., Suite 300<br>Downers Grove, IL 60515 |
| Bank Of America<br>1800 Tapo Canyon<br>Simi Valley, CA 93063 | DuPage Medical Group<br>1100 W. 31st St., Suite 300<br>Downers Grove, IL 60515 | DuPage Medical Group<br>1100 W. 31st St., Suite 300<br>Downers Grove, IL 60515 |
| CHICAGO TITLE LAND TRUST COMPANY<br>10 S LASALLE STREET<br>SUITE 2750<br>Chicago, IL 60602 | DuPage Medical Group<br>1100 W. 31st St., Suite 300<br>Downers Grove, IL 60515 | DuPage Medical Group<br>1100 W. 31st St., Suite 300<br>Downers Grove, IL 60515 |
| CITY OF BERWYN<br>6700 W. 26TH ST<br>Berwyn, IL 60402-0701 | DuPage Medical Group<br>1100 W. 31st St., Suite 300<br>Downers Grove, IL 60515 | DuPage Medical Group<br>1100 W. 31st St., Suite 300<br>Downers Grove, IL 60515 |
| CITY OF BERWYN<br>6700 W. 26TH ST<br>Berwyn, IL 60402-0701 | DuPage Medical Group<br>1100 W. 31st St., Suite 300<br>Downers Grove, IL 60515 | FORMAN REAL PROPERTY LLC<br>c/o SMITH AND BROWN, William S<br>8102 W. 119th Street, Suite 150<br>Palos Park, IL 60464 |
| COM ED<br>PO BOX 6111<br>Carol Stream, IL 60197-6111 | DuPage Medical Group<br>1100 W. 31st St., Suite 300<br>Downers Grove, IL 60515 | Forman Real Property LLC<br>c/o Earl E. Farkas, Registered Agen<br>1 E. Wacker Dr., Suite 1700<br>Chicago, IL 60601 |

| | | |
|---|---|---|
| Forman Real Property LLC<br>680 N. Lake Shore Dr., 19th FL<br>Chicago, IL 60611 | Merchants Credit<br>223 W Jackson Blvd<br>Ste 700<br>Chicago, IL 60606 | Merchants Credit<br>223 W Jackson Blvd<br>Ste 700<br>Chicago, IL 60606 |
| Hinsdale Orthopaedics<br>550 W. Ogden Ave.<br>Hinsdale, IL 60521 | Merchants Credit<br>223 W Jackson Blvd<br>Ste 700<br>Chicago, IL 60606 | Merchants Credit<br>223 W Jackson Blvd<br>Ste 700<br>Chicago, IL 60606 |
| Loyola University Health System<br>2160 S. First Ave.<br>Maywood, IL 60153 | Merchants Credit<br>223 W Jackson Blvd<br>Ste 700<br>Chicago, IL 60606 | Merchants Credit<br>223 W Jackson Blvd Ste 4<br>Chicago, IL 60606 |
| Loyola University Health System<br>2160 S. First Ave.<br>Maywood, IL 60153 | Merchants Credit<br>223 W Jackson Blvd<br>Ste 700<br>Chicago, IL 60606 | Merchants Credit<br>223 W Jackson Blvd Ste 4<br>Chicago, IL 60606 |
| Med Business Bureau<br>1460 Renaissance Dr<br>Suite 400<br>Park Ridge, IL 60068 | Merchants Credit<br>223 W Jackson Blvd<br>Ste 700<br>Chicago, IL 60606 | Merchants Credit<br>223 W Jackson Blvd Ste 4<br>Chicago, IL 60606 |
| Med Business Bureau<br>1460 Renaissance D<br>Park Ridge, IL 60068 | Merchants Credit<br>223 W Jackson Blvd<br>Ste 700<br>Chicago, IL 60606 | Merchants Credit<br>223 W Jackson Blvd Ste 4<br>Chicago, IL 60606 |
| Medicredit Inc.<br>Po Box 1629<br>Maryland Heights, MO 63043 | Merchants Credit<br>223 W Jackson Blvd<br>Ste 700<br>Chicago, IL 60606 | Merchants Credit<br>223 W Jackson Blvd Ste 4<br>Chicago, IL 60606 |
| Medicredit Inc.<br>Po Box 1629<br>Maryland Heights, MO 63043 | Merchants Credit<br>223 W Jackson Blvd<br>Ste 700<br>Chicago, IL 60606 | Merchants Credit<br>223 W Jackson Blvd Ste 4<br>Chicago, IL 60606 |
| Merchants Credit<br>223 W Jackson Blvd<br>Ste 700<br>Chicago, IL 60606 | Merchants Credit<br>223 W Jackson Blvd<br>Ste 700<br>Chicago, IL 60606 | Merchants Credit<br>223 W Jackson Blvd Ste 4<br>Chicago, IL 60606 |
| Merchants Credit<br>223 W Jackson Blvd<br>Ste 700<br>Chicago, IL 60606 | Merchants Credit<br>223 W Jackson Blvd<br>Ste 700<br>Chicago, IL 60606 | Merchants Credit<br>223 W Jackson Blvd Ste 4<br>Chicago, IL 60606 |

Merchants Credit
223 W Jackson Blvd Ste 4
Chicago, IL 60606

NICOR
PO BOX 5407
Carol Stream, IL 60197-5407

Waterfall Asset Management LLC
1140 Avenue of the Americas
7th Floor
New York, NY 10036

Merchants Credit
223 W Jackson Blvd Ste 4
Chicago, IL 60606

Northwestern Memorial Hospital
Business Office and Cashier
251 E. Huron
Chicago, IL 60611

Merchants Credit
223 W Jackson Blvd Ste 4
Chicago, IL 60606

Prospect Federal
11139 S. HARLEM AVE
Worth, IL 60482

Merchants Credit
223 W Jackson Blvd Ste 4
Chicago, IL 60606

Santander Consumer USA
Po Box 961275
Fort Worth, TX 76161

Merchants Credit
223 W Jackson Blvd Ste 4
Chicago, IL 60606

State Farm Insuarance
PO Box 44110
Jacksonville, FL 32231-4110

Merchants Credit
223 W Jackson Blvd Ste 4
Chicago, IL 60606

State Farm Insuarance
PO Box 44110
Jacksonville, FL 32231-4110

NICOR
PO BOX 5407
Carol Stream, IL 60197-5407

Village of Hinsdale
19 E. Chicago Ave.
Hinsdale, IL 60521

NICOR
PO BOX 5401
Carol Stream, IL 60197-5407

Von Maur
Attn: Credit Dept
6565 Brady St.
Davenport, IA 52806

NICOR
PO BOX 5407
CAROL STREAM, IL 60197-5407

Von Maur
6565 Brady
Davenport, IA 52806

NICOR
PO BOX 5407
Carol Stream, IL 60197-5407

Waterfall Asset Management LLC
1140 Avenue of the Americas
7th Floor
New York, NY 10036