**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

In Re                                    )
                                         )
                                         )      Bankruptcy No. _____
                                         )
                        Debtor.          )      Chapter          _____

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: _____

Authorized to Provide Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which Compensation is Sought:
From   _____, _____   through _____, _____

Amount of Fees Sought:     $_____

Amount of Expense Reimbursement Sought:     $_____

This is an:        Interim Application _____            Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|

Dated:  _____          _____
                                                                      (Counsel)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | |
| MARIA S. RODRIGUEZ, ) | Case No. 16-11959 |
| ) | Chapter 11 |
| Debtor, Debtor In Possession. ) | Hon. Deborah L. Thorne |
| ) | Courtroom 613 |
| ) | Hearing Date: **March 7, 2017** |
| ) | Time: **10:00 a.m.** |

## NOTICE OF MOTION

To:  Patrick Layng, U.S. Trustee *via ECF*
    Miranda E. Byrd *via ECF*
    Chester H. Foster, Jr. *via ECF*
    Brandon R. Freud *via ECF*
    Cari A. Kauffman *via ECF*

PLEASE TAKE NOTICE that on **March 7, 2017, at the hour of 10:00 a.m.**, we shall appear before the Honorable Deborah L. Thorne, Bankruptcy Judge, in Courtroom 613 usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois or before any other judge who may be sitting in her place and stead, and shall then and there present the **Final Application of Peter Trapani and Weiss, Sugar, Dvorak & Dusek, Ltd. for Allowance of Compensation and Reimbursement of Costs and Expenses Incurred By Accountants for the Custodian**, a copy of which is attached hereto and herewith served upon you.

/s/ Richard L. Hirsh

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE AND APPLICATION to be served on all persons set forth above identified as Registrants through the Court's Electronic Notice for Registrants on or before 5:00 p.m. from Lisle, Illinois on February 17, 2017.

/s/ Richard L. Hirsh

Richard L. Hirsh
RICHARD L. HIRSH, P.C.
1500 Eisenhower Lane, Suite 800
Lisle, IL 60532

(630) 434-2600
richala@sbcglobal.net
Attorney #1225936

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | |
| MARIA S. RODRIGUEZ, ) | Case No. 16-11959 |
| ) | Chapter 11 |
| Debtor, Debtor In Possession. ) | Hon. Deborah L. Thorne |
| ) | Courtroom 613 |
| ) | Hearing Date: **March 7, 2017** |
| ) | Time: **10:00 a.m.** |

**FINAL APPLICATION OF PETER TRAPANI AND WSDD, LTD. FOR ALLOWANCE OF COMPENSATION BY ACCOUNTANTS FOR THE DEBTOR**

NOW COMES Peter Trapani and WSDD, Ltd. (collectively "WSDD") and requests that this Court enters an Order allowing compensation for services rendered, and in support thereof states as follows:

1. On June 8, 2016, the debtor was authorized to employ Peter Trapani and Weiss, Sugar, Dvorak & Dusek, Ltd. (collectively "WSDD") to assist the Debtor in connection with preparing and filing the necessary operating reports and provide required accounting professional services. This order was entered on June 8, 2016 and retroactive to May 15, 2016 and a copy is attached hereto as **EXHIBIT A**.

2. On September 26, 2016 the Court granted Peter Trapani and WSDD, Ltd. an initial interim fee application in the amount of $2,400.00 including reimbursement of expenses in the amount of $0.00 for the period May 15, 2016 through August 20, 2016.

3. Now WSDD is requesting a final fee application in the amount of $3,600.00 for the period August 21, 2016 through February 17, 2017.

4. In preparing this Application, WSDD has endeavored to comply with local Bankruptcy Rules and the guidelines set forth in <u>In re Continental Illinois Securities Litigation</u>, 572 F. Supp. 931 (N.C. Ill. 1983), <u>In re Convent Guardian Corp.</u>, 103 B.R. 937 (Bankr. N.D. Ill. 1989) and <u>In re Adventist Living Centers, Inc.</u>, 137 B.R. 692 (Bankr. N.D. Ill. 1991). In compliance therewith, WSDD has presented the services rendered by activity, stating the date work was performed, setting forth the initials of each person who performed the activity, with the number of hours spent by such person, and a description of the work performed, **EXHIBIT B**.

5. In rendering the above-described services, WSDD has expended a total of 18.0 hours, included in the attached **EXHIBIT B** hereto sets forth the hourly rates in effect for the partner during the period covered by this Application.

6. WSDD asserts that the compensation requested above is reasonable compensation for the actual and necessary services rendered based upon the time, nature, extent and value of such services. WSDD further asserts that the cost of services rendered for and on behalf of the Estate is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

7. This Motion has been filed a few days short of the 21 days required. The Debtor asks that the required service be shortened to the amount of time given approximately 18 days.

WHEREFORE, WSDD prays for the entry of an order as follows:

A. Allowing WSDD final fees for professional services rendered during the Application Period in the amount of $6,000.00 and request payment of $3,600.00 reflecting total less interim fees paid.

B.  Allowing that the time for service of this Final Application on all creditors and parties in interest is reduced to 18 days.

C.  Grant all other relief that is just and appropriate.

Respectfully submitted,
Peter Trapani and WSDD, Ltd.

By: /s/ Richard L. Hirsh

Richard L. Hirsh
RICHARD L. HIRSH, P.C.
1500 Eisenhower Lane, Suite 800
Lisle, IL  60532
(630) 434-2600
Attorney #1225936